Pamela A. McKay (SBN 7812)
**McKAY LAW FIRM, Chtd.**
3295 N. Fort Apache Road, Suite 150
Las Vegas, NV 89129
Phone: 702-835-6956
Fax: 702- 835-6957
pmckay@mckaylawfirmchtd.com

Attorneys for Plaintiff/Counter-Defendant
USF INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| USF INSURANCE COMPANY, a Michigan corporation, | CASE NO. 2:10-cv-01513-RLH-LRL |
| Plaintiff, | LR 26-3 INTERIM STATUS REPORT OF PLAINTIFF/COUNTERDEFENDANT USF INSURANCE COMPANY |
| vs. | |
| SMITH'S FOOD AND DRUG CENTER, INC., d/b/a SMITH'S FOOD AND DRUG CENTER, #377, an Ohio corporation; and J & I MAINTENANCE, a Utah corporation. | |
| Defendants. | |

TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff/counter defendant USF INSURANCE COMPANY (USFIC), by and through its attorney of record, the McKay Law Firm, Chtd., hereby submits an Interium Status Report pursuant to LR 26-3 regarding the above-referenced action.

I.      LITIGATION STATUS

Pursuant to the Scheduling Order entered by the Court on December 23, 2010, the current discovery cut-off is May 9, 2011, and the deadline to file dispositive motions is June 8, 2011. (Docket # 13).

On April 8, 2011, USFIC filed and served a Motion to Modify the Scheduling Order (First Request) in order to complete discovery and obtain a ruling on a pending motion to

compel, which may result in the disclosure of additional documents and the need to conduct discovery on the additional documents.  (Docket # 18, which is incorporated by reference as if fully discussed herein).

II.    REQUEST FOR CONTINUANCE OF INTERIUM STATUS REPORT CONCERNING THE PARTICULARS REQUESTED IN LR 26-4.

Based on USFIC's request for a 90 day continance of the deadline to complete discovery and file dispositive motions, USFIC, respectfully, requests the Court continue the date to submit an Interium Status Report to address the estimated time for trial, three possible trial dates, and whether or not trial will be elimiated or its length affected by substantive motions.

Based on the significant extent of discovery on issues that remains to be conducted, USFIC submits that estimating the time for trial, along with possible dates and the impact of dispositve motions is premature.  Significant discovery and law and motion remains before this information may be submitted to the Court on a reliable basis.

III.    CONCLUSION

Based on the foregoing, USFIC, respectfully, submits that the Court continue the date for filing an Interim Status Report based on the requirements set forth in LR 26-4. Presently, a report which would contain these dates is premature. USFIC further  requests the Court continue the date for an Interim Status Report according to USFIC's request to continue certain outstanding deadlines in the current Scheduling Order.

RESPECTFULLY SUBMITTED this 8th day of April, 2011.

**McKAY LAW FIRM, CHTD.**

/s/ *Pamela McKay*

By:    _____
PAMELA A. McKAY (SBN 7812)
3295 N. Fort Apache Road, Suite 150
Las Vegas, NV 89129
T: (702) 835-6956
F: (702) 835-6957
Attorneys for Plaintiff/Counterdefendant
**USF INSURANCE COMPANY**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____ 4-15-11 _____

2