UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| USF INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>    v.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC. et al.,<br><br>                      Defendants. | Case No. 2:10-cv-01513-MMD-VCF<br><br>ORDER |

      Pursuant to Local Rule 16-5, it is ordered that the parties schedule a settlement conference with the Magistrate Judge.

      DATED THIS 11th day of April 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE