UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| USF INSURANCE COMPANY, | Case No. 2:10-cv-01513-MMD-VCF |
| Plaintiff, | ORDER |
| v. | |
| SMITH'S FOOD AND DRUG CENTERS, INC. et al., | |
| Defendants. | |

Pursuant to Local Rule 16-5, it is ordered that the parties schedule a settlement conference with the Magistrate Judge.

DATED THIS 11th day of April 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE