Patrick M. Kelly, Esq. (CA SBN 45426) *Pro Hac Vice*
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071
Phone: (213) 443-5100
Fax:  (213) 443-5101
patrick.kelly@wilsonelser.com

Pamela A. McKay (SBN 7812)
**McKAY LAW FIRM, Chtd.**
3295 N. Fort Apache Road, Suite 150
Las Vegas, NV 89129
Phone: 702-835-6956
Fax: 702- 835-6957
pmckay@mckaylawfirmchtd.com

Attorneys for Plaintiff/Counterdefendant
USF INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| USF INSURANCE COMPANY, a Michigan corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SMITH'S FOOD AND DRUG CENTER, INC., d/b/a SMITH'S FOOD AND DRUG CENTER, #377, an Ohio corporation; and J & I MAINTENANCE, a Utah corporation.<br><br>　　　　　Defendants.<br>_____<br>SMITH'S FOOD AND DRUG CENTER, INC., d/b/a SMITH'S FOOD AND DRUG CENTER, #377, an Ohio corporation,<br><br>　　　　　Counterclaimant,<br>　vs.<br><br>USF INSURANCE COMPANY, a Michigan corporation; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　Counterdefendant.<br>_____ | CASE NO. 2:10-cv-01513-MMD-VCF<br><br>STIPULATION AND JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER THEREON<br><br>(First Request)<br><br>EMERGENCY RELIEF REQUESTED |

PURSUANT TO LOCAL RULES 6-1, 7-1, and 26-4, plaintiff/counter-defendant, USF INSURANCE COMPANY (USFIC) and defendant/counter-claimant, SMITH'S FOOD & DRUG CENTER, INC., d/b/a SMITH'S FOOD AND DRUG CENTER #377 (SMITH'S), through their respective counsel of record, hereby submit this Stipulation and Joint Motion to Continue the August 7, 2013 Settlement Conference (Doc. # 104) to a date to be selected by the court in November, 2013 as follows:

1. On April 11, 2013, the Honorable Miranda M. Du issued an order for the parties to schedule a settlement conference with the Magistrate Judge (Doc. #103).

2. Thereafter, the parties conferred in good faith to obtain mutually available dates to schedule a settlement conference.

3. On June 28, 2013, the Honorable Magistrate Judge Cam Ferenbach issued an Order Scheduling a Settlement Conference from August 7, 2013, with confidential settlement briefs to be delivered to the Court by 4:00 p.m. on July 31, 2013 (Doc. # 104).

4. On July 24, 2013, Patrick M. Kelly of Wilson Elser Moskowitz Edelman & Dicker, LLP filed a Verified Petition for Permission to Practice in This Case Only by Attorney Not Admitted to the Bar of This Court and Designation of Local Counsel (Doc. #105).

5. On July 24, 2013, the Court issued on Order Granting Patrick Kelly's Verified Petition for Permission to Practice (Doc. # 106).

6. Due to Mr. Kelly's recent appearance in this case as lead counsel, USFIC made a good faith request that SMITH'S stipulate to continue the August 7, 2013, settlement conference in order for Mr. Kelly to participate in the settlement conference in a meaningful manner.

7. SMITH'S agreed to continue the August 7, 2013, settlement conference.

8. By the time the parties reached an agreement to continue the August 7, 2013, conference, the dates available for a short continuance of the settlement conference had been reserved for other cases.

9. Immediately upon being advised of the next available dates after August 7, 2013, the parties endeavored to select mutually available dates.

///

10. The mutually available dates for a settlement conference that coincide with dates provided to the parties are November 5, 6, and 7, 2013. The parties hereby request the Court through this stipulation to continue the August 7, 2013 settlement conference to one of the aforementioned dates in November, 2013, in order for the conference to be a meaningful opportunity to discuss settlement of the case as discused herein.

11. The parties' request is not made for an improper purpose or to delay the resolution of the case. The parties urge the court to grant a continuance of the August 7, 2013, settlement conference in order to facilitate meaningful and good faith settlement discussions.

**IT IS SO STIPULATED.**

**McKAY LAW FIRM, CHTD.**

/s/ *Pamela A. McKay*

DATED:  July 31, 2013          By: _____
PAMELA A. McKAY (SBN 7812)
Attorneys for Plaintiff/Counter-Defendant
USF INSURANCE COMPANY

**PRINCE & KEATING**

/s/ *Dennis Prince*

By: _____
DENNIS PRINCE (SBN 5092)
3230 South Buffalo Dr., Suite 108
Las Vegas, NV 89117
Attorneys for Defendant/Counter-claimant,
SMITH'S FOOD & DRUG CENTER, INC.

**ORDER**

**IT IS SO ORDERED** that the August 7, 2013, settlement conference is continued to 10:00 a.m. a.m./p.m. on November 5, 2013, in the chambers of the Honorable Magistrate Judge Cam Ferenbach, with confidential settlement conference statements to be received in Judge Ferenbach's chambers no later than 4:00 p.m. on October 30, 2013.

DATED: 8-1-2013          _____
UNITED STATES MAGISTRATE JUDGE

3