DENNIS M. PRINCE
Nevada Bar No. 5092
ERIC N. TRAN
Nevada Bar No. 11876
**PRINCE & KEATING**
3230 South Buffalo Drive
Suite 108
Las Vegas, Nevada 89117
Phone: (702) 228-6800
Facsimile: (702) 228-0443
*Email: dprince@princekeating.com*
        *etran@princekeating.com*
Attorney for Defendant/Counterclaimant
*SMITH'S FOOD & DRUG CENTERS, INC.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| USF INSURANCE COMPANY, a Michigan corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SMITH'S FOOD AND DRUG CENTER, INC. d/b/a SMITH'S FOOD AND DRUG CENTER, #377, an Ohio corporation and J&I MAINTENANCE, a Utah corporation, <br><br> Defendants. <br><br> AND ALL RELATED CLAIMS | CASE NO.: 2:10-cv-01513 MMD VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF LITIGATION WITH PREJUDICE** |

Plaintiff USF Insurance Company, by and through its attorneys of record, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP and THE McKAY LAW FIRM, Chtd.; and Defendant Smith's Food and Drug Center Inc., by and through its attorneys of record, PRINCE & KEATING, hereby agree to dismiss this litigation in its entirety with prejudice.

. . .

. . .

1  The parties further agree that all parties will bear their own attorney's fees and costs in
2  connection with this litigation.

3  Dated this 9th day of January, 2014.          Dated this 9th day of January, 2014.

**PRINCE & KEATING**                            **WILSON ELSER MOSKOWITZ**
                                                **EDELMAN & DICKER LLP**

_____                 _____
DENNIS M. PRINCE                                PATRICK M. KELLY
Nevada Bar No. 5092                             PRO HOC VICE
ERIC N. TRAN                                    (CA SBN 45426)
Nevada Bar No. 11876                            PAMELA MCKAY
3230 South Buffalo Drive, Suite 108             Nevada Bar No. 7812
Las Vegas, Nevada 89117                         555 S. Flower Street, Suite 2900
*Attorneys for Defendants/Counterclaimants*     Los Angeles, CA 90071
                                                *Attorney for Plaintiff/Counterdefendant*

Prince & Keating
Attorneys at Law
3230 South Buffalo Drive
Suite 108
Las Vegas, Nevada 89117
Phone: (702) 228-6800
Fax: (702) 228-0443

Page 2 of 4

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that this lawsuit will be dismissed in its entirety with prejudice, and that the parties shall bear their own attorney's fees and costs in connection with this litigation.

Dated: January 27, 2014

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
**PRINCE & KEATING**

_____
DENNIS M. PRINCE
Nevada Bar No. 5092
ERIC N. TRAN
Nevada Bar No. 11876
3230 South Buffalo Drive, Suite 108
Las Vegas, Nevada  89117
*Attorneys for Defendants/Counterclaimants*

PRINCE & KEATING
ATTORNEYS AT LAW
3230 South Buffalo Drive
SUITE 108
LAS VEGAS, NEVADA 89117
PHONE: (702) 228-6800
FAX: (702) 228-0443

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2014, caused service of the foregoing STIPULATION AND ORDER FOR DISMISSAL OF LITIGATION WITH PREJUDICE to be made by depositing a true and correct copy of same in the United States Mail, postage fully prepaid, addressed to the following:

> Pamela A. McKay, Esq.
> McKAY LAW FIRM, CHTD.
> 3295 North Fort Apache Road, Suite 150
> Las Vegas, Nevada  89129
> Facsimile: (702) 835-6957
> *Attorney for Plaintiff/Counterdefendant*
>
> Patrick M. Kelly, Esq. (CA SBN 45426) *Pro Hac Vice*
> WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
> 555 S. Flower Street, Suite 2900
> Los Angeles, CA 90071

_____
An employee of PRINCE & KEATING